FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 10:25 am, Jul 02, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | INFORMATION NO: 4:24cr-63 |
| | ) | |
| v. | ) | 18 U.S.C. §§ 7 and 13 |
| | ) | |
| **LAKEISHA S. ROYALS** | ) | O.C.G.A. § 40-6-391(a)(1) |
| | ) | DUI Less Safe |
| | ) | |
| | ) | O.C.G.A. § 40-6-391(a)(5) |
| | ) | DUI .08 or Greater |
| | ) | |
| | ) | O.C.G.A. § 40-6-253 |
| | ) | Open Container |
| | ) | |
| | ) | O.C.G.A. § 40-6-391(a)(1) |
| | ) | DUI Less Safe |
| | ) | |
| | ) | O.C.G.A. § 40-6-391(a)(5) |
| | ) | DUI .08 or Greater |
| | ) | |
| | ) | O.C.G.A. § 40-6-48 |
| | ) | Failure to Maintain Lane |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT ONE**</u>
*DUI Less Safe*
O.C.G.A. § 40-6-391(a)(1)

On or about February 22, 2024, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**LAKEISHA S. ROYALS,**

did unlawfully drive and was in actual physical control of a moving vehicle while under the influence of alcohol to the extent that it was less safe for her to drive, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 40-6-391(a)(1).

## COUNT TWO
*DUI .08 or Greater*
O.C.G.A. § 40-6-391(a)(5)

On or about February 22, 2024, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**LAKEISHA S. ROYALS,**

did unlawfully drive and was in actual physical control of a moving vehicle while her alcohol concentration was 0.08 grams or more at a time within three hours after such driving from alcohol consumed before such driving ended, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 40-6-391(a)(5).

## COUNT THREE
*Open Container*
O.C.G.A. § 40-6-253

On or about February 22, 2024, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**LAKEISHA S. ROYALS,**

did unlawfully possess an open alcoholic beverage container and consume an alcoholic beverage in the passenger area of a motor vehicle upon the roadway and shoulder of a public highway, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 40-6-253.

## COUNT FOUR
*DUI Less Safe*
O.C.G.A. § 40-6-391(a)(1)

On or about February 24, 2024, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**LAKEISHA S. ROYALS,**

did unlawfully drive and was in actual physical control of a moving vehicle while under the influence of alcohol to the extent that it was less safe for her to drive, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 40-6-391(a)(1).

## COUNT FIVE
*DUI .08 or Greater*
O.C.G.A. § 40-6-391(a)(5)

On or about February 24, 2024, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**LAKEISHA S. ROYALS,**

did unlawfully drive and was in actual physical control of a moving vehicle while her alcohol concentration was 0.08 grams or more at a time within three hours after such driving from alcohol consumed before such driving ended, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 40-6-391(a)(5).

## COUNT SIX
*Failure to Maintain Lane*
O.C.G.A. § 40-6-48

On or about February 24, 2024, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**LAKEISHA S. ROYALS,**

did fail to operate her motor vehicle as nearly as possible within a single lane of a roadway divided into two or more clearly marked lanes for traffic, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 40-6-48.

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Michael Z. Spitulnik*

Michael Z. Spitulnik
Special Assistant United States Attorney
IL Bar No. 6321559